CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAUL GAYTER                )
                           )
                           )
         Plaintiff         )
                           )
    v.                     )    Civil Case Number 08-768 (RMU)
                           )
                           )
                           )
AMERICAN INTERNATIONAL     )    Category    B
   GROUP, INC., ET AL.     )
                           )
         Defendants        )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 30, 2008 from Judge Colleen Kollar-Kotelly to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kollar-Kotelly & Courtroom Deputy
      Judge Urbina & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk