**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

_____

**PAUL GAYTER**

    **Plaintiff,**

       **v.**                                **Case No. 1:08-cv-768-RMU**

**AMERICAN INTERNATIONAL**
**GROUP, INC., ET AL.**

    **Defendants.**

_____

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Clerk will please note this matter as

"SETTLED AND DISMISSED WITH PREJUDICE."

                                Respectfully submitted,

                                /s/ Peter C. Grenier
                                Peter C. Grenier (D.C. Bar No. 418570)
                                BODE & GRENIER, LLP
                                1150 Connecticut Avenue, N.W.
                                Ninth Floor
                                Washington, D.C.
                                Tel:  (202) 828-4100
                                Fax: (202) 862-4130

                                *Counsel for Plaintiff*

Dated: July 21, 2008